No. 84–16. CORY ET AL. v. WESTERN OIL & GAS ASSN. ET AL. Appeal from C. A. 9th Cir. Probable jurisdiction noted. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 83–2097. BURGER KING CORP. v. RUDZEWICZ. Appeal from C. A. 11th Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 83–1329. PONTE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION v. REAL. Sup. Jud. Ct. Mass. Certiorari granted.

No. 83–1368. NORTHWEST WHOLESALE STATIONERS, INC. v. PACIFIC STATIONERY & PRINTING CO. C. A. 9th Cir. Certiorari granted.

No. 83–1673. DEVINE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT v. NUTT ET AL. C. A. Fed. Cir. Certiorari granted.

No. 83–1750. UNITED STATES v. MILLER. C. A. 9th Cir. Certiorari granted.

No. 83–1798. BELL, SECRETARY OF EDUCATION v. KENTUCKY DEPARTMENT OF EDUCATION. C. A. 6th Cir. Certiorari granted.

No. 83–1807. EASTERN AIR LINES, INC. v. MAHFOUD ON BEHALF OF MAHFOUD ET AL. C. A. 5th Cir. Certiorari granted.

No. 83–1842. GARRETT v. UNITED STATES. C. A. 11th Cir. Certiorari granted.

No. 83–1894. PATTERN MAKERS' LEAGUE OF NORTH AMERICA, AFL–CIO, ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari granted.